

**MEMORANDUM OPINION**

No. 04-09-00023-CV

Nacho **JIMENEZ**,
Appellant

v.

Soila Gonzalez **MARTINEZ**,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 08-01-23163-MCVAJA
Honorable Amado J. Abascal III, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed:  February 18, 2009

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of

service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss

the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM